# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FRANK DRIVER, | ) |
| Plaintiff, | ) |
| | ) Case No.: 3:13-cv-00454 |
| v. | ) |
| | ) Judge Nixon |
| NPC INTERNATIONAL, INC. d/b/a PIZZA HUT, | ) Magistrate Judge Bryant |
| Defendant. | ) |

---

## JOINT STIPULATION OF DISMISSAL
---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Frank Driver and Defendant NPC International, Inc. d/b/a Pizza Hut hereby stipulate and agree that this action shall be dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs in accordance with the agreement between the parties.

Respectfully submitted,

| | |
|---|---|
| s/Nina Parsley (by RWJ w/permission) | s/ Russell W. Jackson |
| Nina Parsley, BPR No. 23818 | Charles V. Holmes, BPR No. 8398 |
| Michael D. Ponce & Associates | Russell W. Jackson, BPR No. 27322 |
| 1000 Jackson Road, Ste. 225 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Goodlettsville, TN 37072 | 6410 Poplar Avenue, Suite 300 |
| Telephone: (615) 851-1776 | Memphis, TN 38119 |
| Facsimile: (615) 859-7033 | Telephone: (901) 767-6160 |
| | Facsimile: (901) 767-7411 |
| **ATTORNEY FOR PLAINTIFF** | Charles.holmes@ogletreedeakins.com |
| | Russell.jackson@ogletreedeakins.com |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

> Nina Parsley
> Attorney for Plaintiff
> Michael D. Ponce & Associates
> 1000 Jackson Road, Ste. 225
> Goodlettsville, TN 37072
> Telephone: (615) 851-1776
> Facsimile: (615) 859-7033
>
> /s/Russell W. Jackson

16467472.1