IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK DRIVER,         )<br>                       )<br>    Plaintiff,       )<br>                       )<br> v.                    )<br>                       )<br> NPC INTERNATIONAL, INC., d/b/a PIZZA )<br> HUT,                  )<br>                       )<br>    Defendant.         )<br>                       ) | No. 3:13-cv-00454<br><br>Judge Nixon<br>Magistrate Judge Bryant |

### ORDER

The parties to this action have filed a Joint Stipulation of Dismissal, in which they request the Court dismiss all claims in the above-captioned case with prejudice. (Doc. No. 16.) The parties state each party shall bear its own costs and attorney's fees. (*Id.*) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is **DISMISSED with prejudice**. The Clerk is **DIRECTED** to close the case.

It is so ORDERED.

Entered this 22nd day of November, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT